

**NUMBER 13-15-00218-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CITY OF PORT ISABEL, TEXAS,
MARIA DE JESUS GARZA,
GUILLERMO TORRES AND
JOE E. VEGA,                                                    **Appellants,**

**v.**

JUAN JOSE "JJ" ZAMORA, SR.
AND MARTIN C. CANTU,                                           **Appellees.**

### On appeal from the 444th District Court
### of Cameron County, Texas.

# ORDER

### Before Justices Garza, Benavides and Perkes
### Order Per Curiam

Appellants, the City of Port Isabel, Texas, Maria de Jesus Garza, Guillermo Torres

and Joe E. Vega, have perfected an appeal of an order rendered in trial court cause

number 2015-DCL-2342-H, denying appellants' plea to the jurisdiction. Appellants have filed a "Motion for Emergency Relief and Temporary Injunction" and a supplemental motion asking this Court to render an order, pursuant to Texas Rule of Appellate Procedure 29.3, enjoining appellees Juan Jose "JJ" Zamora, Sr. and Martin C. Cantu from, *inter alia*, conducting a meeting of the Port Isabel City Commission scheduled for May 19, 2015 at 1:30 p.m.

Having fully reviewed appellants' motion and supplemental motion and the record documents provided therewith, this Court is of the opinion that appellants are not entitled to the relief sought. Accordingly, the motions are hereby DENIED.

PER CURIAM

Delivered and filed the
19th day of May, 2015.

2